**Order filed, April 27, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00094-CR
_____

**EDMOND DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1239885**

---

## ORDER

The reporter's record in this case was due **March 27, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **March 27, 2012**, this court granted the **Linda Hacker's** request for extension of time to file the record until **April 26, 2012**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Linda Hacker**, the official court reporter, to file the record in this appeal **on or before May 28, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Linda Hacker** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM